

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RONALD AND RHONDA COCHRAN, | § | |
| as next friends of J.C., | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CASE NO. 1:05CV217 |
| | § | |
| JAMES PELLOAT and | § | |
| NEWTON COUNTY INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| *Defendants.* | § | |

**FINAL JUDGMENT**

The Court, having considered the issues presented in this civil action and granted default judgment in favor of Plaintiffs and against Defendant, hereby **ORDERS, ADJUDGES** and **DECREES** that this cause is dismissed with prejudice and judgment is entered as follows:

In accordance with United States Magistrate Judge Keith F. Giblin's findings and *Report and Recommendation on Motion for Default Judgment*, and this Court's *Order* adopting that report and granting the Plaintiffs' motion for default judgment, the Court **ORDERS** that default judgment is entered in favor of the Plaintiffs in this cause, Ronald and Rhonda Cochran, as next friends of the minor plaintiff J.C., against Defendant James Pelloat.

The Court further **ORDERS** that the Plaintiffs recover damages in the amount of

$5,000,000.00, plus costs, bearing postjudgment interest at the rate of 5.13% per annum, compounded annually, until paid.

This shall be considered the entry of final judgment for purposes of appeal. All pending motions not previously ruled upon are denied as **MOOT** and any relief not specifically granted herein is **DENIED**.

**SIGNED** this the 23 day of **June, 2006.**

_____
Thad Heartfield
United States District Judge